# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                               NO. 2022 KW 0673

VERSUS

MICHAEL RAVY                                **SEPTEMBER 26, 2022**

---

In Re:    Michael Ravy, applying for supervisory writs, 20th
          Judicial District Court, Parish of West Feliciana,
          Nos. 87-2-157, 11-WFLN-267.

---

**BEFORE:   THERIOT, CHUTZ, AND HESTER, JJ.**

**WRIT GRANTED IN PART AND DENIED IN PART.**  Relator is entitled to a free copy of the transcript of the April 4, 2022 evidentiary hearing conducted on his application for postconviction relief.  See **State ex rel. Simmons v. State**, 93-0275 (La. 12/16/94), 647 So.2d 1094, 1095 (*per curiam*). Accordingly, the district court is **ORDERED** to direct the court reporter for Division B to prepare the transcript of the April 4, 2022 evidentiary hearing conducted on relator's application for postconviction relief and to file the transcript with the Clerk of Court for the 20th Judicial District Court, Parish of West Feliciana, on or before October 14, 2022.  The Clerk of Court is then ordered to forward said transcript to relator on or before October 21, 2022.

However, as an incarcerated, *pro se* petitioner, relator may file an application for supervisory review of the district court's judgment denying his application for postconviction relief without the necessity of obtaining a writ return date. Hence, relator should file the application with this court, and the application should include a copy of this ruling, the application for postconviction relief, the district court's ruling on the application for postconviction relief, and any pertinent documents from the district court record that might assist with review of relator's claims.

**MRT**
**WRC**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

*a.Sm*

---
DEPUTY CLERK OF COURT
FOR THE COURT